**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN RAY WOOD** **PLAINTIFF**
**ADC #181264**

**v.** **Case No. 4:26-cv-00728-KGB**

**DEXTER PAYNE** **DEFENDANT**

**ORDER**

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Joe T. Volpe (Dkt. No. 4). Plaintiff Steven Ray Wood did not file any objections to the Recommendation, and the time to do so passed. Before this Court could rule on the Recommendation, Wood filed a notice of appeal, despite there being no final Order or Judgment entered in the case (Dkt. No. 6). The Clerk then entered a motion for certificate of appealability (Dkt. No. 7).

To the extent this Court retains jurisdiction in this matter given the notice of appeal, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 4). The Court dismisses without prejudice this action for failure to prosecute (*Id.*).

Wood never clarified whether he intended to bring a writ of habeas corpus pursuant to 28 U.S.C. § 2254 or a claim pursuant to 42 U.S.C. § 1983 as Judge Volpe directed him to do, which is in part why the Court dismisses Wood's claims for failure to prosecute. However, to the extent the Court retains jurisdiction and it is necessary for Wood's appeal, the Court recommends the denial of a certificate of appealability as there has been no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c).

Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that *an in forma pauperis* appeal from this Order would be frivolous and not taken in good faith.

It is so ordered this 23rd day of November, 2026.

Kristine G. Baker
Chief United States District Judge